UNITED STATES of America,
Plaintiff–Appellee,

v.

Adolfo BADILLO, a.k.a. Guerro, a.k.a.
Sobrino, a.k.a. La Guera,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Adolfo Padillo, Defendant–Appellant.

Nos. 08–15003, 08–15138
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 22, 2009.

Adolfo Badillo, Lisbon, OH, pro se.

Kurt R. Erskine, John Andrew Horn,
U.S. Attorney's Office, Atlanta, GA, for
Plaintiff–Appellee.

Before DUBINA, Chief Judge,
TJOFLAT and COX, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Adolfo Badillo in these consolidated direct criminal appeals, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeals are without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Badillo's convictions and sentences are **AFFIRMED.**